UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN JEAN-BAPTISTE, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>    Defendant. )<br>_____ ) | Civil Action No. 11-1587 (RCL)<br><br>**FILED**<br>AUG 1 0 2012<br>Clerk, U.S. District and<br>Bankruptcy Courts |

**ORDER**

It is hereby

ORDERED that the attached jury verdict form and addendum shall be filed on the record in this case; and it is further

ORDERED that judgment shall be entered on the verdict. It is further

ORDERED that the Clerk of Court shall transmit this Order with the verdict form and addendum to the Attorney General for the District of Columbia.

SO ORDERED.

__8/10/12__                                                    __/s/ Royce C. Lamberth__
Date                                                           Royce C. Lamberth, Chief Judge