# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CARMEN JEAN-BAPTISTE,** | ) |
|  | ) |
| *Plaintiff*, | ) |
|  | ) Civil Action No. 11-1587 (RCL) |
| v. | ) |
|  | ) |
| **DISTRICT OF COLUMBIA,** | ) |
|  | ) |
| *Defendant*. | ) |

## DEFENDANT'S EMERGENCY MOTION TO CONTINUE HEARING ON OCTOBER 23, 2013

On October 16, 2013, this Court issued an order requiring the parties to appear for a hearing on October 23, 2013 on Plaintiff's motion to strike. The Defendant District of Columbia ("District") was ordered to bring Ms. Cecelia Washington to the hearing.

Counsel for the District advised Ms. Washington on the afternoon of October 16, 2013 (following receipt of this Court's order) that Ms. Washington would need to appear at the hearing on October 23, 2013. Ms. Washington responded that she was scheduled to be in training that day, but that she would rearrange her schedule to attend the hearing.

Counsel for the District emailed Ms. Washington on October 17, 2013 seeking to schedule a time to meet and prepare for the hearing. Counsel did not receive a response. The District has continued to attempt to reach Ms. Washington, but has learned that Ms. Washington is on leave, but that she is scheduled to return to work on the morning October 23, 2013. So far, despite repeated efforts, the District has been unable to make contact with Ms. Washington.

The District is now concerned that at this point it will have no opportunity to meet with Ms. Washington before the hearing scheduled for 10:00 a.m. on October 23, 2013. The District

will be prejudiced if it cannot have at least some time to meet with Ms. Washington before the hearing, and therefore requests adequate time to do so.

The District's counsel has discussed this issue with Jon Goldfarb, counsel for the Plaintiff. Mr. Goldfarb has made travel arrangements to fly to the District on the afternoon of October 22, 2013. He will need to leave the District early in the afternoon of October 23, 2013. Mr. Goldfarb would agree that the hearing could start at 11:00 a.m., but cannot at this point agree otherwise to continue the hearing. While the District appreciates counsel's willingness to be flexible about the start time of the hearing, the District is very concerned that even if the hearing started at 11:00 a.m., it would have insufficient time to prepare for the hearing. As a result, the District respectfully requests that the Court continue the hearing to a date that is convenient to the Court and Plaintiff.

In light of the foregoing, the District respectfully requests that the Court continue the hearing to another date convenient to Plaintiff's counsel allow the District's counsel to meet with Ms. Washington in advance of the hearing on Plaintiff's Motion to Strike.

    Respectfully submitted,

    IRVIN B. NATHAN
    Attorney General, DC

    GEORGE C. VALENTINE
    Deputy Attorney General, DC
    Civil Litigation Division

    /s/ Jonathan H. Pittman
    JONATHAN H. PITTMAN [430388]
    Chief, Civil Litigation Division Section III
    441 Fourth Street, N.W., Suite 630 South
    Washington, D.C. 20001
    (202) 724-6602 (telephone)
    E-mail: jonathan.pittman@dc.gov
    Counsel for the Defendant District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMEN JEAN-BAPTISTE,** | ) <br> ) <br> ) |
| *Plaintiff*, | ) <br> )   Civil Action No.  11-01587 (RCL) |
| v. | ) <br> ) |
| **DISTRICT OF COLUMBIA,** | ) <br> ) |
| *Defendant*. | ) <br> ) |

**ORDER**

Upon consideration of defendant's emergency motion to continue the hearing currently set for October 23, 2013 at 10:00 a.m., and the plaintiff's Opposition, if any, and the entire record herein, it is by the Court this _____ day of _____, 2013, hereby

ORDERED:    that the motion to continue is hereby granted; and it is further

ORDERED:    that counsel for the District will confer with counsel for Plaintiff and, no later than October 23, 2013, provide to the Court with dates convenient for Plaintiff's counsel to attend a continued hearing; whereupon the Court will reschedule the hearing.

_____
ROYCE C. LAMBERTH
CHIEF JUDGE U.S. DISTRICT COURT