# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARMEN JEAN-BAPTISTE,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil No. 11-1587 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of defendant's Emergency Motion to Continue the October 23, 2013 Evidentiary Hearing [246], and the plaintiff's Opposition [247] thereto, it is hereby

ORDERED that the defendant's Emergency Motion is DENIED. The evidentiary hearing will proceed as originally scheduled on October 23, 2013 at 10 a.m.

**IT IS SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, on October 22, 2013.